IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BRIAN SCANLON,

      Plaintiff,                    No. CIV S-09-2808 KJM P

    vs.

D.K. SISTO, et al.,

      Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2009, plaintiff was directed to submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, obtained the certification required on the application form and has not signed the authorization for the removal of funds from his trust account. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

/////

/////

/////

1

1      In accordance with the above, IT IS HEREBY ORDERED that:

2      1. Plaintiff shall submit, within thirty days from the date of this order, the
3 certification required on the application form and the signed authorization for collection of the
4 filing fee from his trust account. Plaintiff's failure to comply with this order will result in a
5 recommendation that this action be dismissed without prejudice.

6      2. The Clerk of the Court is directed to send plaintiff a new Application to
7 Proceed In Forma Pauperis By a Prisoner.

8 DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
scan2808.3e

2