IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BRIAN SCANLAN,

      Plaintiff,                    No. CIV S-09-2808 KJM P

   vs.

D.K. SISTO, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to submit service documents pursuant to the court's order of April 28, 2010. He has also asked for an order directing CDCR to provide him with addresses of some of the defendants, who have been transferred to different prisons. He alleges that CDCR will not give him the information because he is on high control parole. He does not allege, however, that he has asked and been refused the addresses he needs, that he has asked defense counsel to accept service and been denied, or specified any other steps he has taken to attempt to find the addresses.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's May 19, 2010 motion for an extension of time (Docket No. 15) is granted;

/////

1  2. Plaintiff is granted thirty days from the date of this order in which to submit
2 the documents necessary for service; and
3  3. To the extent plaintiff requests the court to order CDCR to provide information
4 to facilitate service of process, the request is denied.
5 DATED: June 3, 2010.

_____
U.S. MAGISTRATE JUDGE

8 2/md
scan2808.36