IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BRIAN SCANLAN,** | Case No. 2:09-CV-2808 CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **D. K. SISTO, et al.,** | |
| Defendants. | |

Good cause having been found, Defendants' Answer, filed April 27, 2012, is deemed timely filed.

Dated: April 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
Scan2808.ord

1