IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BRIAN SCANLAN,

      Plaintiff,                    No. 2: 09-cv-2808 LKK CKD P

   vs.

D.K. SISTO, et al.,

      Defendants.             ORDER

_____/

      On August 9, 2012, plaintiff filed a request for voluntary dismissal. On August 23, 2012, the defendants who have appeared in this action filed their non-opposition to dismissal. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to FED. R. CIV. P. 41(a).

Dated: August 31, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
scan2808.59c

1